TIMOTHY FAGAN,

          Plaintiff,

- against -

AMERISOURCEBERGEN CORP., AMGEN, INC., CVS CORPORATION, PROCARE PHARMACY, INC., JOHN DOE CORPORATIONS 1-100,

          Defendants.

-----------------------------------------------X

**PARTIAL JUDGMENT**

CV-03-3787 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 14 2005 ★

**LONG ISLAND OFFICE**

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on February 22, 2005, directing that partial judgment be entered in this action pursuant to Fed. R. Civ. P. 54(b), dismissing plaintiff's complaint as to defendant, Amgen, Inc., it is

**ORDERED AND ADJUDGED** that plaintiff, TIMOTHY FAGAN take nothing of defendant, AMGEN, INC. ; and that the complaint is hereby dismissed as to defendant, AMGEN, INC..

Dated: Central Islip, New York
       March 14, 2005

                                                ROBERT C. HEINEMANN
                                                CLERK OF THE COURT

                         By:    /s/ Lorraine Sapienza
                                Deputy Clerk